| | |
|---|---|
| **From:** | Francis G. McSweeney |
| **To:** | David Anderson; Carolyn Latti |
| **Subject:** | In re Capt. Juan, Inc. |
| **Date:** | Friday, February 4, 2022 6:05:40 PM |
| **Attachments:** | Petitioner"s Expert Disclosure.pdf |

Dear David,

Attached please find Petitioner's Expert Disclosure.

Have a great weekend,

Francis G. McSweeney, Esq.
REGAN & KIELY LLP
40 Willard Street, Suite 304
Quincy, MA  02169
(617) 723-0901
(617) 723-0977 (*Facsimile*)
fgm@regankiely.com

NOTICE:  This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return email and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.