# Exhibit "C"

Attached to:

<u>Defendant Sosa's Motion in Limine to Preclude</u>

<u>Recently Disclosed Experts</u>

| | |
|---|---|
| **From:** | Carolyn Latti |
| **To:** | Nancy A. Kelly |
| **Subject:** | FW: Activity in Case 1:19-cv-10719-PBS In Re. Captain Juan, Inc. Order on Motion for Extension of Time to Complete Discovery |
| **Date:** | Monday, March 22, 2021 12:35:08 PM |

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Monday, March 22, 2021 12:34:14 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** CourtCopy@mad.uscourts.gov <CourtCopy@mad.uscourts.gov>
**Subject:** Activity in Case 1:19-cv-10719-PBS In Re. Captain Juan, Inc. Order on Motion for Extension of Time to Complete Discovery

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 3/22/2021 at 12:34 PM EDT and filed on 3/22/2021
**Case Name:**      In Re. Captain Juan, Inc.
**Case Number:**    1:19-cv-10719-PBS
**Filer:**
**Document Number:** 74(No document attached)

**Docket Text:**
**Judge Patti B. Saris: ELECTRONIC ORDER entered re [73] MOTION for Extension of Time to Extend Deadlines. "Allowed but only with respect to the depositions of the crew members who have been noticed."**

**Fact Discovery to be completed by 6/30/202, see dkt. no. [73] for all other deadlines. (Baker, Casey)**

> Proposed Deadlines [Doc. # 73] Page 4, Para. 31 attached on next page

**1:19-cv-10719-PBS Notice has been electronically mailed to:**

Joseph A. Regan     jar@regankiely.com, fgm@regankiely.com, reb@regankiely.com, rek@regankiely.com

Michael B. Flynn     mflynn@flynnwirkus.com, afitzsimmons@flynnwirkus.com, lflynn@flynnwirkus.com, mbassett@flynnwirkus.com, mcitarell@flynnwirkus.com,

26. Claimants are awaiting orders on Petitioner's Motion for Protective Order and Claimant Sosa's Motion to Compel.

27. Claimant Herrera's counsel does not believe it can get the depositions of Petitioner's Rule 30(b)(6) designee, Juan Araiza and Capt. Araiza scheduled between the time of the hearing on motions effecting their deposition, March 26, 2021 and the close of discovery on March 31, 2021.

28. Claimant may need to further notice additional depositions should new information be discovered during the depositions referenced in ¶ 26, supra.

29. At the February 11, 2021 status conference, Judge Saris was initially prepared to give the parties an additional six (6) months of additional discovery time. See, Ex. A at 20, 21.

30. Claimant Herrera now moves this Court to extend the discovery deadline by approximately three (3) months beyond the current deadline, still within the six (6) additional months that Judge Saris seemed inclined to provide.

31. Claimant Herrera proposes the following deadlines be amended as follows:

| | |
|---|---|
| Completion of Fact Discovery: | June 30, 2021 |
| Expert Disclosures: | July 30, 2021 |
| Rebuttal expert disclosures: | August 31, 2021 |
| Experts' depositions completed on or before: | September 31, 2021 |
| Status conference or pretrial conference on or before: | End of October, 2021 |

32. Claimant does not wish to move the mediation scheduled with Judge Boal currently scheduled for April 30, 2021. See, Doc. 53, 54, 56.