# Exhibit "D"

Attached to:

<u>Defendant Sosa's Motion in Limine to Preclude</u>

<u>Recently Disclosed Experts</u>

| **From:** | Francis G. McSweeney |
|---|---|
| **To:** | David Anderson |
| **Cc:** | Joseph Regan |
| **Subject:** | Exhibits Identified in Petitioner"s Portion of Pretrial Memorandum |
| **Date:** | Thursday, February 3, 2022 11:58:32 PM |
| **Attachments:** | Dana Collyer"s Notes.pdf |
| | Listings of Comparable Vessels.pdf |

Dave,

Dana Collyer's notes and listings of comparable vessels are attached.  I will send the photos via separate fileshare due to the large file sizes.

Francis G. McSweeney, Esq.
REGAN & KIELY LLP
40 Willard Street, Suite 304
Quincy, MA  02169
(617) 723-0901
(617) 723-0977 (*Facsimile*)
fgm@regankiely.com

NOTICE:  This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return email and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

Western Rigged Shrimper Convert To

Two Diebse Scallaper

Ice Castle Both Sides          1997
Shucing House #0 Aft

2 compters

65 KW

2-3 years   Crank — Complete

3/8" 5/16" Sides
Bottom

Furstrum coolers

Knozzel            624
72"
    4 Blade

11 FWD windows
D85 w/t Doors
NECS Aft Deck



A TRINAV GROUP COMPANY
# ATHEARN MARINE AGENCY, INC.
### Serving Fishermen Since 1946

10 Union Wharf, Fairhaven, MA 02719
Tel: (508) 999-4505   Email: sales@athearnmarine.com

| Select Language ▼ | |
|---|---|
| **FILE NO.** | **SH4790** |
| **VESSEL TYPE:** | 70' Steel Shrimper/Scalloper |
| **HULL TYPE:** | Steel |
| **LENGTH (LOA):** | 70ft. |
| **REG. LENGTH:** | 68ft. |
| **BREADTH:** | 23ft. |
| **DEPTH:** | 11ft. |
| **DRAFT:** | 8ft. |
| **YEAR BUILT:** | 2001 |
| **BUILT BY:** | Rorchies Shipyard |
| **RIGGING:** | Scalloper,Shrimp Dragger |
| **GROSS TONS:** | 83 |
| **CRUISE SPEED:** | 9 |



| **CAPACITIES** | HOLD CAPACITY: 60,000 lbs HOLD VOLUME: 60,000 FUEL: 12,000 gallons of Diesel FRESHWATER: 7,500 gallons |
|---|---|

| **PROPULSION** | MAIN ENGINE 450HP, 8 Cylinder CAT 3408 Diesel and rebuilt in 2012 Comments: Complete engine overhaul | TRANSMISSION: Twin Disc GEAR RATIO: 6:1 SHAFT SIZE: 4" PROPELLER: 61" x 62" STEERING TYPE: Electric/Hydraulic |
|---|---|---|

| **AUXILIARY ENGINES** | Isuzu - 23 KW Genset Isuzu - 23 KW Genset |
|---|---|

| **SAFETY EQUIPMENT** | (6) Life Rafts (6) Life Jackets (3) Life Rings (7) Fire Extinguishers EPIRB |
|---|---|

| | |
|---|---|
| **ACCOMMODATIONS** | (2) Cabins<br>(4) Berths<br>Electric Stove<br>Washroom<br>Shower<br>Heat/AC<br>Microwave<br>Freezer<br>Bathroom |
| **ELECTRONICS** | (2) Koden Radars<br>(2) Koden Sounders<br>(2) Garmin 162 and 1040xs Plotters<br>(4) VHF Radios<br>Simrad AP28 Autopilot<br>AIS Koden Class E<br>Alibi Camera System with 12 Cameras<br>(3) Computers<br>(2) PC Windplot<br>(1) Coastal Explorer<br>(2) SAT TV's<br>Davis Vantage Vu Weather System<br>Battery Backup with (3) 110/12 Volt Inverters<br>(2) 20 Amp Charles Battery Charger |
| **DECK EQUIPMENT** | McRoy 503 Trawl Winches - Wire Capacity: 1,200 9/16<br>Steel A-Frame<br>Steel Mast<br>Steel Boom<br>Steel 56' Stabilizers<br>Stainless Steel Trinet Winch |
| **COMMENTS** | Clutch in gear changed in 2017.  (3) stainless steel trawl winches, (1) stainless steel anchor winch.  Boat was completely rewired in 2014.  All hydraulics were installed new in 2014.  Boat was recently hauled out and painted with new zincs installed in July 2018.  Insulated fish hold also could be a freezer hold.  Hold is very well insulated.  Boat also has rolling chalks on the hull.<br><br>Vessel could be purchased without shrimping gear.  Inquire for price without gear.<br><br>Boat is in very good condition and very clean. |
| **PRICE** | $683,000 |

*THE INFORMATION GIVEN IS BELIEVED TO BE CORRECT BUT CANNOT BE GUARANTEED*

Copyright © Athearn Marine Agency, Inc. 2016. All Rights Reserved.
**Athearn Marine Agency** - Commercial Fishing Boat Brokers, Marine Brokers, Vessel Brokers, Used Boat Brokers
**Athearn Marine Agency** - Brokers of Commercial State & Federal Fishing Permits and DAS Leases
**Athearn Marine Agency** - Office Location: New Bedford MA.
Providing marine brokerage services to the New England States and East Coast USA since 1946. Primary area of business include these states: Maine, New Hampshire, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Maryland, Virginia, North Carolina, South Carolina, Georgia, Florida.



A TRINAV GROUP COMPANY
**ATHEARN MARINE AGENCY, INC.**
*Serving Fishermen Since 1946*

10 Union Wharf, Fairhaven, MA  02719
Tel: (508) 999-4505   Email: sales@athearnmarine.com

| | |
|---|---|
| Select Language ▼ | |

| | |
|---|---|
| **FILE NO.** | **SH4778** |
| **VESSEL TYPE:** | 82' New Construction Steel Shrimper/Scalloper |
| **HULL TYPE:** | Steel |
| **LENGTH (LOA):** | 82ft. |
| **REG. LENGTH:** | 78ft. |
| **BREADTH:** | 26ft. |
| **DEPTH:** | 9ft. |
| **DRAFT:** | 6ft. 5in. |
| **YEAR BUILT:** | 2017 |
| **BUILT BY:** | Gulfbound LLC & Portier Fabrication |
| **RIGGING:** | Other,Scalloper,Shrimp Dragger |
| **GROSS TONS:** | 122 |
| **NET TONS:** | 97 |
| **CRUISE SPEED:** | 10 |



| | |
|---|---|
| **CAPACITIES** | HOLD CAPACITY: 100,000 lbs FUEL: 13,500 gallons of Diesel FRESHWATER: 5,000 gallons |

| | | |
|---|---|---|
| **PROPULSION** | MAIN ENGINE (2) Mitsubishi S6A-3-Y3MPTAW Diesel, Built in 2018 | TRANSMISSION: (2) Twin Disc 514 GEAR RATIO: 4:1 SHAFT SIZE: 3.5" PROPELLOR: (2) 54" x 36" STEERING TYPE: Electric/Hydraulic |

| | |
|---|---|
| **AUXILIARY ENGINES** | (2) John Deere - 60 KW |

| | |
|---|---|
| | (4) Fire Extinguishers |

| **SAFETY EQUIPMENT** | |
|---|---|

| **ACCOMMODATIONS** | (2) Cabins<br>(6) Berths<br>Electric Stove<br>Washroom<br>Shower<br>Furnace<br>Microwave<br>Freezer<br>Refrigerator |
|---|---|

| **ELECTRONICS** | No Electronics |
|---|---|

| **DECK EQUIPMENT** | (2) McElroy 505 Stabilizer Winches |
|---|---|

| **COMMENTS** | This is a brand new vessel launched July of 2017.<br><br>2 x Mitsubishi S6A-3-Y3MPTAW main engines 540 HP each that only have 3 hours on the engines.<br><br>There are no electronics installed or included and the boat is not rigged.<br><br>The fish hold is not finished.<br><br>Thickness:  5/16" bottom and sides 1/4". |
|---|---|

| **PRICE** | $800,000 |
|---|---|

*THE INFORMATION GIVEN IS BELIEVED TO BE CORRECT BUT CANNOT BE GUARANTEED*

Copyright © Athearn Marine Agency, Inc. 2016. All Rights Reserved.
**Athearn Marine Agency -** Commercial Fishing Boat Brokers, Marine Brokers, Vessel Brokers, Used Boat Brokers
**Athearn Marine Agency -** Brokers of Commercial State & Federal Fishing Permits and DAS Leases
**Athearn Marine Agency - Office Location:** New Bedford MA.
Providing marine brokerage services to the New England States and East Coast USA since 1946. Primary area of business include these states: Maine, New Hampshire, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Maryland, Virginia, North Carolina, South Carolina, Georgia, Florida.



### A TRINAV GROUP COMPANY
## ATHEARN MARINE AGENCY, INC.
### Serving Fishermen Since 1946

10 Union Wharf, Fairhaven, MA  02719
Tel: (508) 999-4505   Email: sales@athearnmarine.com

| | | |
|---|---|---|
| Select Language ▼ | | |



| FILE NO. | **SH4979** |
|---|---|
| VESSEL TYPE: | 87.7 Steel Shrimper/Longliner/Sca |
| HULL TYPE: | Steel |
| LENGTH (LOA): | 94ft. |
| REG. LENGTH: | 87ft. 7in. |
| BREADTH: | 25ft. |
| DEPTH: | 12ft. 5in. |
| YEAR BUILT: | 2001 |
| BUILT BY: | B & B Boatbuilders |
| RIGGING: | Longliner,Scalloper,Shr Dragger |
| GROSS TONS: | 170 |
| NET TONS: | 51 |
| CRUISE SPEED: | 9 |

| CAPACITIES | FUEL: 35,000 gallons of Diesel FRESHWATER: 6,000 gallons |
|---|---|

| PROPULSION | MAIN ENGINE 720HP, 12 Cylinder CAT 3412 Diesel, Built in 2001 | TRANSMISSION: Twin Disc GEAR RATIO: 7:1 |
|---|---|---|

| AUXILIARY ENGINES | (2) Isuzu, 130HP - 40 KW |
|---|---|

| ACCOMMODATIONS | (9) Berths (3) Cabins Electric Stove Microwave Freezer |
|---|---|

| ELECTRONICS | RADAR: Yes SOUNDER: Yes |
|---|---|

|  | VHF: Yes<br>GPS: Yes |
|---|---|

| **COMMENTS** | This vessel has big power and a big reduction at 720 HP with 7:1 gear. She pulls hard, great 2 dredge scallop boat. |
|---|---|

| **PRICE** | $650,000 |
|---|---|

*THE INFORMATION GIVEN IS BELIEVED TO BE CORRECT BUT CANNOT BE GUARANTEED*

Copyright © Athearn Marine Agency, Inc. 2016. All Rights Reserved.
**Athearn Marine Agency -** Commercial Fishing Boat Brokers, Marine Brokers, Vessel Brokers, Used Boat Brokers
**Athearn Marine Agency -** Brokers of Commercial State & Federal Fishing Permits and DAS Leases
**Athearn Marine Agency - Office Location**: New Bedford MA.
Providing marine brokerage services to the New England States and East Coast USA since 1946  Primary area of business include these states: Maine, New Hampshire, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Maryland, Virginia, North Carolina, South Carolina, Georgia, Florida.

**A TRINAV GROUP COMPANY**

# ATHEARN MARINE AGENCY, INC.

### Serving Fishermen Since 1946

10 Union Wharf, Fairhaven, MA 02719
Tel: (508) 999-4505   Email: sales@athearnmarine.com

| Select Language ▼ | |
|---|---|
| **FILE NO.** | **SC4935** |
| **VESSEL TYPE:** | 65' Steel Scalloper/Trawler |
| **HULL TYPE:** | Steel |
| **LENGTH (LOA):** | 65ft. |
| **REG. LENGTH:** | 65ft. |
| **BREADTH:** | 20ft. |
| **DEPTH:** | 10ft. |
| **DRAFT:** | 7ft. |
| **YEAR BUILT:** | 1969 |
| **BUILT BY:** | Rockport Yacht & Supply Company, Inc. |
| **RIGGING:** | Dragger,Scalloper |
| **GROSS TONS:** | 81 |
| **NET TONS:** | 41 |



| | |
|---|---|
| **FEDERAL PERMITS** | Black Sea Bass Commercial Moratorium<br>Summer Flounder Commercial Moratorium<br>Scallop - LAGC IFQ (Zero Allocation)<br>American Lobster Non Trap<br>American Lobster Area 5 Trap Waiver<br>NE Multi Species Individual DAS (Common Pool) 9.5673 A DAS<br>Scup Commercial Moratorium<br>Longfin Squid Butterfish Commercial Moratorium (Tier 1)<br>Monkfish D |
| **STATE PERMITS** | New Jersey Summer Flounder and New Jersey Black Sea Bass |
| **CAPACITIES** | FUEL: 8,000 gallons of Diesel FRESHWATER: 2,500 gallons |
| **PROPULSION** | MAIN ENGINE<br>450HP, 8 Cylinder CAT 3408 Turbo Diesel Diesel | TRANSMISSION: Twin Disc 514-C<br>GEAR RATIO: 6:1 |

| | |
|---|---|
| | SHAFT SIZE: 4" S.S.<br>STEERING TYPE: Hydraulic |
| **AUXILIARY ENGINES** | Kubota - 21 KW |
| **SAFETY EQUIPMENT** | All USCG Required Safety Equipment |
| **ACCOMMODATIONS** | (4) Total Berths<br>Fully equipped and outfitted galley and dinette to accommodate 3-4 crew<br>No head or shower facilities |
| **ELECTRONICS** | Furuno 36 Mile Radar<br>(2) Furuno FCV292 Fish Finders<br>(2) Furuno GPS Navigators<br>Shipmate RS2500 Plotter<br>(2) Icom VHF<br>(1) Other VHF<br>Standard LH10 Loudhailer<br>icom 700 SSB Radio<br>Simrad AP-35 Autopilot<br>Skymate Tracking VMS<br>SAT Phone<br>(2) Computers with Plotting Software and AIS |
| **DECK EQUIPMENT** | Pullmaster H-18 Trawl Winches<br>(2) Pullmaster PL-5 Stabilizer Winches<br>(4) H-5 Bag Winches<br>Single Stern Mounted Center Stern Ramp Net Reel<br>Constavolt<br>Also included in the purchase:<br>(2) 10.5 ft scallop dredges<br>Set of Trawl Doors<br>(2) Highriser Nets<br>(2) Whiting Nets<br>(2) Fluke Nets<br>(1) Squid Net |
| **COMMENTS** | 2015: Vessel was hauled and the hull was blasted and recoated, the lazarette was also blasted and recoated.  the propeller was reconditioned and a new stainless steel stuffing box was installed.<br><br>2016:  Old haulback winches were removed and new Pullmaster H-18 winches were installed.  A winch control booth was added centerline on the forward end of the work deck.<br><br>2018:  Vessel was hauled for routine maintenance.  New rudder, water tank blasted.<br><br>Hull:  Shellplate are reportedly 5/16" across hull bottom and hullside.  Bulkheads are reportedly 1/4" plate. |

Work deck is reinforced with 3/4" armor plate through the port and starboard dredge landing areas.

Per Owner:  The current name of the vessel cannot be retained and used by Buyer.

**PRICE**      $800,000

*THE INFORMATION GIVEN IS BELIEVED TO BE CORRECT BUT CANNOT BE GUARANTEED*

Copyright © Athearn Marine Agency, Inc. 2016. All Rights Reserved.
**Athearn Marine Agency -** Commercial Fishing Boat Brokers, Marine Brokers, Vessel Brokers, Used Boat Brokers
**Athearn Marine Agency -** Brokers of Commercial State & Federal Fishing Permits and DAS Leases
**Athearn Marine Agency - Office Location**: New Bedford MA.
Providing marine brokerage services to the New England States and East Coast USA since 1946. Primary area of business include these states: Maine, New Hampshire, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Maryland, Virginia, North Carolina, South Carolina, Georgia, Florida.