| | |
|---|---|
| **From:** | WeTransfer |
| **To:** | Carolyn Latti |
| **Subject:** | Francis McSweeney sent you In re Captain Juan, Inc. via WeTransfer |
| **Date:** | Friday, February 4, 2022 12:08:46 AM |



# fgm@regankiely.com
## sent you In re Captain Juan, Inc.

106 items, 323 MB in total   •   Expires on 11 February, 2022

**In re Captain Juan, Inc.** Dear David and Carolyn,

The following link will provide you with access to the photographs identified in Petitioner's portion of the Joint Pretrial Memorandum. Do not hesitate to contact me with any issues accessing the files.

Best regards,

Frank

Get your files

### Download link
https://wetransfer.com/downloads/d97a07b78a800b219ed18e53ea1241932

0220204050231/cf51889becc54524a31c44918fcd7fa220220204050231/2b4189

## 106 items

DOC020322-001.pdf
726 KB

DOC020322.pdf
863 KB

IMG_5276.JPG
3.86 MB

IMG_5277.JPG
3.84 MB

IMG_5278.JPG
3.58 MB

IMG_5279.JPG
3.43 MB

+ 100 more

To make sure our emails arrive, please add noreply@wetransfer.com to your contacts.

About WeTransfer   •   Help   •   Legal   •   Report this transfer as spam







# ✚ Bordhospital

*Mein Schiff*

## Doctor's Letter

Mein Schiff 6, Hospital on board
23.09.2018

to whom it may concern

Mr. Hirrira, Rafail, *09.08.1977
resident in ,

Dear colleague ,
we report on the treatment of the above-mentioned injured person

Prehistory :
Fight on a fishing boat. He was beaten on the head with a hammer.

Findings:
When he arrived on the cruise ship, he was time-oriented and did not remember the accident when he woke up lying on the ground.
Circulation-stable injured, $O^2$-95%, stable pulse and blood pressure, very large lacerated laceration occipital. During the wound revision the calotte is intact, the periosteum is exposed at one point.

X-ray :

CERVICAL SPINE 2E:
no safe fresh bone injury
Lung ap:
no safe fresh bone injury, no pneumothorax, no signs of pneumonia or lung contusion.
li shoulder ap:
no safe fresh bone injury.

Therapy :
Wound care in local anaesthesia
Infusion
Pain thrapie with Novaminsulfone, Dipidolor intramuscularly and intravenously
Antibiosis with Augmentin

We did not perform tetanus immunization.

During monitoring in the hospital no special features.

Diagnoses:

Version 2 | Revised 13.11.2017


TUI Cruises

# Bordhospital

2nd degree craniocerebral trauma
Hypothermia
Torax bruise left
Shoulder bruise left

Kindly send us your discharge note or any other communication via E-Mail to:
ms6.seniordoctor@meinschiff6.com
Thank you very much for your support.

Sincerely Yours,


Dr. Gert Pattay
Doctor on board Mein Schiff 6



