# Exhibit "I"

Attached to:

<u>Defendant Sosa's Motion in Limine to Preclude</u>

<u>Recently Disclosed Experts</u>

```
1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MASSACHUSETTS (Boston)

3                      No. 1:19-cv-10719-PBS

4

5

6  IN RE: CAPTAIN JUAN, INC., as owner of the
   F/V Captain Billy Haver, for Exoneration from
7  or Limitation of Liability

8

9

10
                         *********
11

12
               For Telephone Hearing Before:
13           Magistrate Judge Marianne B. Bowler

14
                 Motion for Protective Order
15

16              United States District Court
                District of Massachusetts (Boston.)
17              One Courthouse Way
                Boston, Massachusetts 02210
18              Friday, March 26, 2021

19

20                       *******

21

22          REPORTER: RICHARD H. ROMANOW, RPR
                    Official Court Reporter
23              United States District Court
       One Courthouse Way, Room 5510, Boston, MA 02210
24                 bulldog@richromanow.com

25
```

```
 1    those rights.  But there's not a huge difference between
 2    the two.
 3         THE CLERK:  Mr. Anderson, and this is the Clerk
 4    again, um, if you could not talk over the judge and, um,
 5    again identify yourself when you speak, because I think
 6    the Court Reporter might be having a little trouble.
 7         MR. ANDERSON:  Yes, I apologize.  That was David
 8    Anderson speaking.
 9         THE COURT:  All right, here's my ruling.
10         The depositions shall be done -- the depositions
11    shall be done remotely by zoom.  If a particular lawyer
12    wishes to be present live at the depositions with his
13    client, he may be.
14         The 30(b)(6) and individual depositions shall be
15    done on consecutive days back to back with the total
16    time not to exceed 14 hours to be split evenly between
17    the parties.
18         The documents shall be produced three days before.
19         MR. ANDERSON:  This is David Anderson speaking,
20    your Honor.
21         Business days or calendar days?
22         THE COURT:  3 business days.
23         MS. LATTI:  Your Honor, for clarification -- and
24    this is Carolyn Latti.
25         Does the claimant's counsel have the right if they
```